

# Fourth Court of Appeals
## San Antonio, Texas

April 9, 2020

No. 04-19-00715-CV

**THE STATE OF TEXAS**, ex. rel. Todd A. Durden, In his Official Capacity as County Attorney of Kinney County, Texas, Relator,
Appellants

v.

Rick **ALVARADO,** In his Official Capacity as District and County Clerk of Kinney County, Texas, Respondent; and Kinney County, Texas, By and Through Its Governing Body the Kinney County Commissioners Court, Being James T. 'Tully' Shahan, In his Official Capacity as County Judge; Mark Frerich, In his Official Capacity as County Commissioner; Joe Montalvo, In his Official Capacity as County Commissioner; Dennis Dodson, In his Official Capacity as County Commissioner,,
Appellees

From the 63rd Judicial District Court, Kinney County, Texas
Trial Court No. 4863
Honorable Sid L. Harle, Judge Presiding

# O R D E R

On April 7, 2020, appellee filed a Motion to Dismiss for Want of Prosecution. We **ORDER** appellant to respond to appellee's motion on or before **April 20, 2020**.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of April, 2020.

_____
MICHAEL A. CRUZ,
Clerk of Court